BEACH 54TH ST., INC., Respondent, v. ABRAHAM RUBINSTEIN and Others, Appellants, Impleaded with Others.— Order granting plaintiff's motion for a change of venue from New York county to Queens county unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.